886

No. 498, Misc. JOLLS *v.* NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *L. Robert Leisner* for petitioner. *Michael F. Dillon* for respondents.

No. 500, Misc. BROWN *v.* BOLES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 504, Misc. MASUCCI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 505, Misc. KRAUS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 506, Misc. DEL PESCHIO *v.* DEL PESCHIO. C. A. 3d Cir. Certiorari denied.

No. 508, Misc. BYRD *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *William H. Brown III* for petitioner.

No. 509, Misc. BELCHER *v.* CALIFORNIA. Dist. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 510, Misc. WARNOCK *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 513, Misc. STILTNER *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 516, Misc. MONTALVO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 517, Misc. HAMILTON *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.